IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

Generali-U.S. Branch                                                                                         PLAINTIFF(S)

VERSUS                                                               CIVIL ACTION NO.  1:05cv557-LG-RHW

Union American Insurance Company, LTD                                                    DEFENDANT(S)

### ORDER OF DISMISSAL

All parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this case be finally closed on its docket,

IT IS ORDERED that this case is hereby dismissed with prejudice as to all parties.  If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10) days, and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.  This Court specifically retains jurisdiction to enforce this settlement.

SO ORDERED this the 21st day of  April, 2006.

s/ *Robert H. Walker*
United States Magistrate Judge